# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| GIOVANNI LOYOLA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | **CIVIL ACTION NO.:** |
| ) | **2:21-cv-00594-AMM** |
| v. ) | |
| ) | |
| JEFFERSON COUNTY SHERIFF'S ) | |
| DEPUTY CHRISTOPHER ) | |
| GODBER AND DEPUTY ) | |
| ASHANTI MCKINNEY, ) | |
| ) | **UNOPPOSED**[1] |
| DEFENDANTS. ) | |

## DEFENDANTS' MOTION TO CONTINUE TRIAL SETTING

Defendants Ashanti McKinney ("Deputy McKinney") and Christopher Godber ("Deputy Godber") (collectively the "Defendants") respectfully move this Court to continue the currently scheduled January 22, 2024 trial setting, as follows:

1. Defendants' counsel was scheduled to meet with Deputy Godber at 9 a.m. on Friday January 19, 2024, to prepare Deputy Godber for trial like any other witness.

---

[1] To clarify the "UNOPPOSED" label, Plaintiff's counsel has not reviewed this Motion prior to Defendants' filing in an to attempt to expedite the Court's review of the requested continuance. However, Plaintiff's counsel responded to the email correspondence between the Court and parties' counsel yesterday and stated that the Plaintiff did not oppose the continuance given the fact that Deputy Godber was sick with the flu.

2. Defendants' counsel reached out to Deputy Godber at 9:07 a.m. on Friday, January 19, 2024, and never received any communications back from Deputy Godber that same day, despite numerous texts, emails and phone calls.

3. This prolonged unresponsiveness from Deputy Godber was extremely unusual from Deputy Godber given his prior responsiveness throughout this litigation and caused Defendants' counsel to be concerned about the well-being of Deputy Godber.

4. On the morning of Saturday, January 20, 2024, due to Deputy Godber's unresponsiveness for over twenty-four hours, Defendants' counsel reached out to his family and other deputies about Deputy Godber's well-being, but received no new information other than that Deputy Godber previously informed another deputy that he had Type A flu and was very sick.

5. At approximately 3:18 p.m. on Saturday, January 20, 2024, Defendants' counsel emailed this Court's chambers and informed the Court and Plaintiff's counsel of the unusual circumstances and Defendants' counsel's unknown whereabouts of Deputy Godber and their inability to prepare Deputy Godber for trial.

6. A few hours later on Saturday, January 20, 2024, Defendants' counsel received a text from Deputy Godber informing him that Deputy Godber had the flu and had not been able to speak to anyone for a couple of days.

7.  Deputy Godber tested positive for the flu and called in sick for work this weekend due to the illness and his flu-like symptoms.

8.  After receiving this information from Deputy Godber, at approximately 8:19 p.m., Defendants' counsel again emailed the Court informing the Court and Plaintiff's counsel of their communications with Deputy Godber and that Defendants would be seeking a continuance of the trial due to Deputy Godber's illness and their inability to prepare Deputy Godber for trial due to his illness.

9.  Plaintiff's counsel responded to the email and stated that the Plaintiff did not oppose the continuance given the fact that Deputy Godber was sick with the flu.

10. Plaintiff's counsel has not reviewed this Motion prior to filing in an attempt to expedite the Court's review of the requested continuance.

11. Defendants do not request a prolonged delay of the trial setting and request the Court set this matter for trial at its earliest convenience.

12. Defendants' counsel can be available for a status conference and/or telephone conference at any time that is convenient for the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully move this Honorable Court to grant their Motion to Continue Trial Setting and set this matter for trial at the Court's earliest convenience.

Respectfully submitted,

/s/ *Jonathan D. Gilbert*
Bruce L. Gordon (ASB-1897R70B)
John G. Dana (ASB-0493-A52J)
Jonathan D. Gilbert (ASB-6768-a13s)
*Attorneys for Defendants*

**OF COUNSEL:**
GORDON, DANA & GILMORE, LLC
600 University Park Place, Suite 100
Birmingham, Alabama 35209
Telephone: (205) 874-7950
Facsimile: (205) 874-7960
bgordon@gattorney.com
jdana@gattorney.com
jdgilbert@gattorney.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of this has been served upon the following by United States mail, first class postage prepaid and properly addressed, by facsimile or by Electronic Filing, or hand-delivered in open court, on this the 21st day of January 2024.

Mr. Jon C. Goldfarb
Mr. L. William Smith
Ms. Christina M. Malmat
Wiggins, Childs, Pantazis, Fisher,
& Goldfarb, LLC
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500
*Attorneys for Plaintiff*

                                       /s/ *Jonathan D. Gilbert*
                                       OF COUNSEL