# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GIOVANNI LOYOLA,** | ] |
| **Plaintiff,** | ] |
| v. | ] Case No.: 2:21CV594 AMM |
| **CHRISTOPHER GODBER and DEPUTY ASHANTI McKINNEY,** | ] |
| **Defendants.** | ] |

## FINAL JUDGMENT

In accordance with the jury verdict, **FINAL JUDGMENT** is hereby **ENTERED** in favor of the Defendants, and against Plaintiff.

**DONE** and **ORDERED** this 19th day of September, 2024.



ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE